# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  3:24-mc-1133 |
| U.S. Priority Mail Parcels | ) | |
| as described in Attachment A | ) | |
| | ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

U.S. Priority Mail Parcels as described in Attachment A

located in the _____ District of _____ Oregon _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 846 | Unlawful Distribution of Controlled Substances and Conspiracy to do the same. |
| 21 U.S.C. § 843(b) and 846 | Unlawful Use of Mail in Controlled Substance Violation and Conspiracy. |
| 18 U.S.C. § 1952(a)(1) | Unlawful Use of the Mail with Intent to Distribute the Proceeds of Unlawful Activity. |

The application is based on these facts:

See affidavit which is attached hereto and incorporated herein by this reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
David L. Hardin, Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone at 4:20 p.m. a.m./p.m. _____ *(specify reliable electronic means)*.

Date: __10/31/2024__

*Stacie F. Beckerman*
*Judge's signature*

City and state:  Portland, Oregon

HON. Stacie F. Beckerman, United States Magistrate Judge
*Printed name and title*

**Attachment A**

**Parcels to be Searched:**

The following U.S. Postal Service Priority Mail parcels (**Subject Parcels 1, 2, 3, and 4**), presently in the possession of the U.S. Postal Service Inspection Service (USPIS) Portland Domicile, located at 7007 Cornfoot Rd, Portland, OR 97218:

**DESCRIPTION OF THE SUBJECT PARCELS**

**Subject Parcels - 1 of 4**



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9505 5154 0263 4261 6551 34 |
| Sender name and address: | Zach t<br>2533 E 5th Ave<br>Knoxville, TN 37914 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem OR 97309 |
| Parcel Type: | USPS Shipping Box |

**Subject Parcels - 2 of 4**



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9405 5362 0807 0663 0112 46 |
| Sender name and address: | Jose Ruiz<br>3045 Finger Rd<br>Green Bay, WI 54311 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem, OR 97309 |
| Parcel Type: | Home Depot Shipping Box |

**Subject Parcels - 3 of 4**



| | | |
|---|---|---|
| U.S. Priority Mail parcel number: | | 9405 5362 0807 0783 1190 75 |
| Sender name and address: | | Robby T<br>209 Ash St<br>Maitland MO 64466-7112 |
| Recipient name and address: | | Mary Gardner<br>P.O. Box 13851<br>Salem, OR 97309 |
| Parcel Type: | | USPS Priority Mail Mailing Box |

**Subject Parcels - 4 of 4**



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9505 5161 9033 4260 9938 35 |
| Sender name and address: | Damien Rivas<br>742 N 100 E, Apt#204<br>Tooele, Utah 84074 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem, OR 97309-1851 |
| Parcel Type: | USPS Priority Mail Small Flat Rate Box |

**ATTACHMENT B**

**Items to Be Seized**

The items to be searched for, seized, and examined, are those items in the **Subject Parcels 1, 2, 3, and 4** located at 7007 NE Cornfoot Road., Portland, OR 97218, referenced in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of: Unlawful Use of the U.S. Mail with Intent to Distribute Proceeds of Unlawful Activity, in violation of 18 U.S.C. § 1952(a)(1); the Unlawful Use of a Communication Facility (U.S. Mail) to Distribute Controlled Substances, in violation of 21 U.S.C. § 843(b) and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; the Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1), and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; and/or criminal forfeiture related to drug trafficking, as provided in 21 U.S.C. § 853. The items to be seized cover the period of November 1, 2020 through the date of the execution of the search warrant.

1. Controlled substances, including marijuana, methamphetamine, cocaine, heroin, and any other illegal controlled substance listed in DEA Scheduling of Controlled Substances;
2. Currency and proceeds of controlled substance trafficking;
3. Packaging material and contents; and
4. Any items of identification, records, correspondence, accounts, ledgers, pay-and-owe sheets, or other documents associated with the manufacture, distribution, or possession of controlled substances or the possession or distribution of currency and proceeds of controlled substance trafficking, or with the laundering of monetary instruments.

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF DAVID HARDIN

**Affidavit in Support of an Application Under Rule 41 for a Search Warrant**

I, David Hardin, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been since October 2018. I am currently assigned to the Portland, Oregon Domicile Office of the USPIS. As a Postal Inspector, I am empowered by 18 U.S.C. § 3061 to conduct investigations and to make arrests for offenses against the United States. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine, fentanyl, and heroin, as well as proceeds of the sale of controlled substances. In December 2008, I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. From November 2008 to February 2018, I served as a U.S. Secret Service Special Agent. Prior to that, I served five years in the U.S. Navy as an Intelligence Officer, achieving the rank of Lieutenant. In January 2020, I completed an Advanced USPIS Investigations training course on Prohibited Mailings involving narcotics.

2.      I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search U.S. Priority Mail parcel 9505 5154 0263 4261 6551 34 (**Subject Parcel 1**), 9405 5362 0807 0663 0112 46 (**Subject Parcel 2**), 9405 5362 0807 0783 1190 75 (**Subject Parcel 3**), and 9505 5161 9033 4260 9938 35 (**Subject Parcel 4**) addressed to "Mary Gardner, P.O. Box 13851, Salem, OR 97309" (hereinafter "**Subject Parcels 1, 2, 3 and 4**") for evidence, contraband, fruits, and instrumentalities of violations of the federal

AFFIDAVIT OF INSPECTOR DAVID HARDIN                                        PAGE 1

criminal statutes involving the Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1), and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; and criminal forfeiture related to drug trafficking, as provided in 21 U.S.C. § 853. The parcels are presently in the possession of the U.S. Postal Inspection Service (USPIS) at the USPIS Portland Domicile, 7007 NE Cornfoot Road, Portland, Oregon, 97218, as described in Attachment A. As set forth below, I have probable cause to believe that evidence of contraband, fruits, and/or instrumentalities of violations of the Target Offenses, as described in Attachment B, will be found in the **Subject Parcels 1, 2, 3, and 4**, as described in Attachment A.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Target Offenses

4.      I believe there is probable cause to believe that evidence of the following violations will be found in the **Subject Parcels 1, 2, 3, and 4**:

- Title 21 U.S.C. §§ 841 and 846 provide that it is unlawful to distribute or conspire to distribute controlled substances.

- Title 21 U.S.C. § 853 provides for the criminal forfeiture of proceeds and instrumentalities related to drug trafficking.

- Title 18 U.S.C § 1952 provides that it is unlawful to us the mail to distribute the proceeds of an unlawful activity.

**Training and Experience on Controlled Substances Sent Through the U.S. Mail**

5.      I know from my experience, training, and discussions with other law enforcement officers that drug traffickers frequently use United States Postal Service (USPS) Priority Mail Express and Priority Mail services to ship controlled substances, including marijuana, cocaine, heroin, fentanyl, and methamphetamine. Illegal drug recipients often use USPS Priority Mail Express and Priority Mail services to ship the proceeds of the illegal sale of controlled substances, or moneys used or intended to be used to facilitate the illegal sale of controlled substances, in cash, or other controlled substances, to suppliers of controlled substances. Furthermore, that these controlled substances and proceeds related to the facilitation of the illegal sale of controlled substances are often discovered by law enforcement during parcel investigations and interdictions.

6.      Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know Oregon is a marijuana source state for the mailing of controlled substances to destination locations across the United States. Current Oregon state laws permitting the recreational and medical growth, purchase, and possession of marijuana provide individuals with significant quantities of marijuana, which can be illegally mailed to other states where marijuana is illegal and less available. Accordingly, marijuana sales are substantially more profitable outside the state of Oregon than they are inside the state of Oregon. I know from experience, training, and discussions with other law enforcement officers that controlled substances, especially marijuana, are frequently mailed from Oregon to other states and that cash payments are mailed back to Oregon drug suppliers in return. I also know

from experience, training, and discussions with other law enforcement officers that controlled substances are frequently mailed from U.S./Mexico border-states, including California, Arizona, New Mexico, and Texas, to Oregon and that cash payments are mailed back from Oregon to border states' drug suppliers in return.

7.     Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators often exist when drug traffickers use the U.S. mails to ship-controlled substances, proceeds of the sale of controlled substances, or funds to facilitate the sale of controlled substances from one location to another.

8.     Drug traffickers use USPS Priority Mail Express and Priority Mail services because of the reliability of delivery, speed of delivery, low cost, the customer's ability to track the package's shipment online, as well as the low risk of detection by law enforcement. Shippers using USPS Priority Mail Express and Priority Mail services pay for the benefit of being able to confirm the delivery of the parcel by checking the USPS website or calling a toll-free number.

9.     I know from my on my experience, training, and discussions with other law enforcement officers experienced in drug investigations that USPS Priority Mail can be used primarily for business-related mailings. Unlike typical USPS Priority Mail business mailings, which usually have typed labels, packages containing controlled substances, proceeds, and/or facilitation funds often have handwritten address information. The handwritten label on USPS Priority Mail packages containing controlled substances and/or proceeds usually does not contain a business account number and/or credit card number. This is an indication that the sender likely paid using cash. A credit card or business account number would better enable law enforcement officers to connect the package to identifiable individuals. I further know that drug traffickers who use USPS Priority Mail services often either waive or do not request a recipient signature

upon delivery of the mail parcel. This can allow the parcel to be delivered without the addressee or the addressee's agent having to sign for the parcel, contingent upon the parcel being left in a secure location at the address.

10.     I know from my experience, training, and discussions with other law enforcement officers that drug traffickers who mail controlled substances, and the drug purchasers who send payment in the form of cash or other drugs, often use false or incomplete information in labeling the parcels. In this way, drug traffickers can distance themselves from the package containing controlled substances, the proceeds of the sale of the controlled substances, or facilitation funds in the event the package is intercepted by law enforcement.

11.     I know from my experience, training, and discussions with other law enforcement officers that drug traffickers who mail controlled substances, proceeds of the illegal sale of controlled substances, and facilitation funds are often aware that parcels are inspected by trained canines. Accordingly, drug traffickers often attempt to wrap their parcels, and the contents of their parcels, in a manner they believe will disguise the odor and contents of the items in the parcels. In order to conceal the distinctive smell of controlled substances from certified controlled substance detection canines, these packages are sometimes sealed with the use of tape around the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco, or other strong-smelling substances are used to mask the odor of the controlled substances, proceeds of the illegal sale of controlled substances, and/or facilitation funds being shipped.

### Investigative Summary

12.     This affidavit is based on a joint investigation conducted by the HIDTA Interdiction Task Force (HIT), Portland Police Bureau (PPB), Homeland Security Investigations

AFFIDAVIT OF INSPECTOR DAVID HARDIN                                    PAGE 5

(HSI), and the United States Postal Inspection Service (USPIS), hereinafter referred to collectively as "Investigators."

13.     Law enforcement is investigating a drug trafficking organization (DTO) involving Jered Jeremiah HAYWARD (HAYWARD), Domenica HAYWARD, Antonio Irving BENJAMIN (BENJAMIN), Mary GARDNER (GARDNER), Jessica Rose HENSLEY (HENSLEY), and other identified and unidentified persons who are utilizing the internet to advertise and coordinate the sale of controlled substances and firearms from Oregon to other states throughout the United States as well as internationally. The drugs include fentanyl, methamphetamine, alprazolam (in the form of Xanax pills), and marijuana (to include cannabis-based products, e.g., butane honey oil, vape cartridges, edibles, and "wax"), all scheduled controlled substances, in violation of federal law. These sales and payments are being sent and received utilizing the United States Postal Service (USPS). The DTO utilizes the third-party messaging platform "Telegram" to market and advertise their wares as well as communicate and confirm shipments to customers. Additionally, members of the DTO use the third-party encrypted messaging platform "Wickr" to communicate for the purpose of evading the scrutiny of law enforcement.

14.     HENSLEY currently resides at 1315 SE 212th Avenue, Gresham, Oregon and is suspected of receiving payments for the drug shipments and transferring the funds to others.

15.     BENJAMIN and GARDNER are a married couple and currently reside at 473 53rd Place NE, Salem, Oregon. BENJAMIN is suspected of receiving payments for the drug shipments and coordinating sales. GARDNER is suspected of facilitating the concealment of illegal funds using a business, A 2 Z Trans-port LLC, that is owned by BENJAMIN and

GARDNER, and registered with the Oregon Secretary of State to a physical address at 473 53rd

Place NE, Salem, Oregon and mailing address of P.O. Box 13851, Salem, Oregon

16.    HAYWARD currently resides at 4705 Battle Creek Road SE, Salem, Oregon.

HAYWARD owns a commercial property located at 1930 Vista Avenue SE, Salem, Oregon and

additionally operates out of a leased building at 2791 19th ST SE, Salem, Oregon. HAYWARD

is suspected of being the head of the DTO and providing the properties from which they are

operating. Additionally, HAYWARD and his spouse, Domenica HAYWARD, are suspected of

facilitating the concealment of illegal funds using several properties suspected of being

purchased with proceeds from illegal activities and businesses Always Native INC and Bottles

and Tins LLC.

## Statement of Probable Cause

17.    In April 2022, HSI Portland was contacted by the Frederick, Maryland HSI office

regarding evidence of a drug shipment that originated from Oregon and was recovered during a

search warrant in their area. A suspect was arrested and was a cooperating defendant (CD).  On

April 8, 2022, Investigators met with the CD who provided information regarding Oregon based

narcotics dealers who would supply large quantities of fentanyl, methamphetamine, and

marijuana to individuals in other states utilizing the USPS. The CD was furnishing this

information in exchange for consideration on a pending felony-related matter. The CD has

Felony convictions for Theft Plus $500 (06/16/2007) and Statutory Sexual Assault (09/08/2009).

The CD has Misdemeanor convictions for CDS: Possession Marijuana (05/12/2006), CDS:

Possession Marijuana (11/28/2006), and Violation of Probation (06/16/2007).

18.    The CD admitted to the drug shipment found during the 2022 search warrant and

provided details regarding the ordering, payment, and packaging of the shipment. The CD

admitted to receiving the narcotics after ordering them from a dealer using the third-party application Telegram on channels "goattalk" and "goattalktouchdowns". The username of the dealer on Wickr is "cripface3500". The CD would contact "cripface3500" and place an order. "cripface3500" would respond with the cost amount and then ship the parcel out via USPS priority mail along with the tracking number.

19.    The CD detailed very specific language that was used to order the drugs, their pricing schedules, and minimum amounts that were required to place an order. Particularly the CD mentioned using the terms "wanting to talk to Kriss" when ordering methamphetamine, "blues" to order fentanyl pills, and "bars" to refer to Xanax pills. The minimum order for methamphetamine was one (1) pound at $2,700 per pound, fentanyl pills were $4-$4.50 each with a minimum order of 2,000, and Xanax pills were .45 cents each with a minimum order of 2,000.

20.    Once the order was received, the CD would then send a cash payment via USPS Priority Mail. If the order was for marijuana or cannabis-based products the payment would be addressed to "Jessica Waystrong" at 1315 SE 212th Ave, Gresham, Oregon. The CD placed currency inside the pages of catalogs for camouflage and to provide weight in an attempt to evade detection or suspicion from law enforcement. If the order was for "hard drugs" such as fentanyl (in the form of blue counterfeit M-30 OxyContin pills "blues" and powder), methamphetamine, or Xanax, the CD sent the payment in the same manner to "Angela GARDNER" at PO Box 13851, Salem, Oregon 97309.

21.    Based on my experience, training, and discussions with other law enforcement officers I know it is common for criminals to utilize aliases that are similar but not exact when sending or receiving mail or packages that have a nexus to a criminal act. Based on this, I believe

"Jess Armstrong" is Jessica HENSLEY and "Angela GARDNER" is actually Mary Lea GARDNER due to the closeness of the names and the exact addresses that correspond to the actual individuals residing there.

22.     The CD stated that over the over the course of the previous four (4) months they had sent payments via USPS Priority Mail. Payments would range anywhere between $3,000-$20,000 per parcel box, upwards of $70,000 total, which was paid with multiple boxes over 2-3 days and deposited at various post offices to avoid detection or suspicion by law enforcement. Additionally, the CD stated that all the money parcels were delivered successfully.

23.     The CD also informed investigators that over the course of four (4) months in 2022 they had ordered approximately 12,000 fentanyl pills, 30 pounds of methamphetamine, 8,000 Xanax "bars", and 100 pounds of marijuana in various forms. The CD also relayed that the fentanyl was purple, and "from the jungle". The CD also stopped ordering Xanax "bars" due to "everyone falling out after using them" in a reference to them being counterfeit and laced with fentanyl and the users were overdosing on them.

24.     The CD stated that during this time there was only one (1) order that was never received from "cripface3500" which prompted the CD to contact "cripface3500" to state the parcel was not received and asked if the police had possibly seized it. Per the CD, "cripface3500" stated a postal employee probably stole the shipment because they get notified if any of their parcels are seized by the police. "cripface3500" told the CD that he uses Pitney Bowes to make their shipping labels and they get alerted by Pitney Bowes when any parcels are seized by police.

25.     Pitney Bowes is a USPS-approved vendor that provides postage meters and other mailing equipment and services for individuals and businesses. Specifically, with a Pitney Bowes

account an individual or a business can print their own labels for USPS priority packages without going to a USPS office.

26.    On February 10th, 2023, I queried USPS business records and determined the Target Address received 489 confirmed deliveries of USPS Priority, Priority Mail Express, or First-Class parcels from at least 38 states and nine countries between 02/10/2022 to 02/10/2023. Many of the parcels received at the Target Address were mailed from known Oregon marijuana destination states, Florida, Pennsylvania, Illinois, and Virginia.  USPS business records also determined that 24 of the 489 parcels appeared to come from a confirmed commercial source, and all the others appeared to have come from individuals, likely proceeds from the distribution of narcotics via the U.S. mail.

### Prior Money Seizures Associated with this Investigation

27.    On June 30th, 2021, I seized a parcel bearing tracking # EJ495346439US addressed to "Jess Waystrong" previously mentioned as a co-conspirator, and recipient of funds for this criminal organization.  I later obtained and executed a search warrant from this Court following a positive K9 alert (case 3:21-mc-771) which located $7,880.00 in US currency of suspected drug proceeds.  There were no formal inquiries or requests from the sender or recipient concerning the seized parcel following the seizure which is also an indicator that the money was proceeds of illegal activity.

28.    Additionally, on June 15, 2022, I went to the U.S. Postal Service Portland Processing and Distribution Center/Facility (PDC/PDF), located at 7007 Cornfoot Rd, Portland, OR 97218 as part of my regular investigatory duties.  I reviewed parcels for delivery in Oregon that were mailed from other states, specifically for those destined for "Jess" or "Jessica

Waystrong" in the state of Oregon.  I identified an incoming parcel and saw that it was addressed to "Jessica Waystrong" at 1315 SE 212th Ave, Gresham, Oregon.

29.     I notified HSI Task Force Officer C. Devlin, Certified Controlled Substance Dog Handler, and Special Agent Clay Othic, HSI, who respond to the PDC/PDF with the certified controlled substance detection dog Niko. TFO Devlin utilized Niko to inspect the parcel which resulted in a positive alert.  Special Agent Othic applied for and was granted a search warrant for the parcel and discovered $18,005.00 in US currency concealed within two (2) wax candles inside. The money was seized and is pending forfeiture proceedings.  Again, no formal inquiries or requests were made by the sender or recipient concerning the seizure of the parcel.

30.     Additionally, on February 15th, 2023, I went to the U.S. Postal Service Portland PDC/PDF and identified another incoming parcel destined for GARDNER and saw that the parcel was addressed from "Costos, 2972 Misty Hill Rd, York, SC 29745 and addressed to "Mary GARDNER, A 2 Z Transport LLC" at PO Box 13851, Salem, OR 97309 ."

31.     On February 17, 2023, Special Agent Othic, HSI, applied for, and was granted a search warrant for the parcel by the Honorable Youlee Yin You, United States Magistrate Judge in the United States District of Oregon, case 3:23-mc-156. A search of the parcel revealed a vacuum sealed package containing bulk US currency concealed within additional boxes inside the parcel. The currency was returned to the parcel, re-packaged, and allowed to continue in the mail in order to preserve the integrity of the investigation.

**Identification of Suspect Proceeds Parcels on July 24, 2024, in Portland, Oregon**

32.     On July 24, 2024, I went to the U.S. Postal Service Portland PDC/PDF and identified two incoming parcels and noted they were addressed to "Mary Gardner, A to Z Transport LLC, P.O. Box 13851, Salem OR 97309" (Parcel 1) and "Mary Gardner, PO Box

13851, Salem, Oregon 97309" (Parcel 2). Parcel 1 was addressed from "DYMOCK, 733-1 grv.-chur. Rd, Kings Mountain, N.C. 28086". Parcel 2 was addressed from "Antonio Schmidt, 1214 W. Broadway St., Eagle Grove, IA 50533". A "sneak and peak" search of the two parcels (3:24-mc-758 A-B) revealed a vacuum sealed packaging containing bulk US currency concealed within the two parcels. The currency was returned to the parcel, re-packaged, and allowed to continue in the mail to preserve the integrity of the investigation.

### Search Warrant Executions at Target Locations

33.     On September 13, 2024, Special Agent Clay Othic, HSI, applied for and was granted search warrants to search the premises of multiple locations in this investigation by Honorable Jeffrey Armistead, United States Magistrate Judge in the United States District of Oregon, case 3:24-mc-00937 A-F. On September 17, 2024, law enforcement agents from numerous organizations executed six search warrants at premises located in Salem, Oregon and Gresham, Oregon associated to the DTO. Law enforcement agents recovered the following items as evidence of violations of money laundering, distribution of controlled substances and use of U.S. mail to distribute proceeds of unlawful activity:

   a.   Approximately $970,000 USD in cash

   b.   Approximately $400,000 in gold and silver bars and medallions

   c.   Approximately $36,000 in cryptocurrency

   d.   12 vehicles, 2 ATVs, 2 wave runners, 1 pontoon boat

   e.   3,400 KG of marijuana vapes and edibles

   f.   700 KG of processed marijuana buds

   g.   560 KG psilocybin mushrooms and edibles

   h.   235 KG butane has oil (BHO)

i.  3 Rolex watches

j.  Hundreds of pieces of USPS free shipping supplies

**<u>Previous Parcels Seized From Target P.O. Box</u>**

34.    On September 17, 2024, I went to the Salem Main Post Office located at 1050
25th SE, Salem, Oregon and directed employees to forward all parcels intended for delivery to
Mary GARDNER at PO Box 13851 to the USPIS Portland Domicile for further investigation.
On September 18 and September 19, 2024, the Salem Main Post Office forwarded four parcels
intended for delivery to Mary GARDNER at PO Box 13851, Salem, Oregon 97309 suspected of
containing proceeds associated to the distribution of narcotics through the U.S. mail to the
USPIS Portland Domicile.  On September 27, 2024, United States Magistrate Judge, Jeffrey
Armistead, reviewed my affidavit and authorized a search of the four parcels (3:24-mc-00989).
On October 3, 2024, I executed the search warrant on the four parcels and recovered the
following property related to the distribution of narcotics, including proceeds associated to the
distribution of narcotics through the U.S. mail: Parcel 1- U.S. Currency (USD) totaling $10,500
USD; Parcel 2- U.S. Currency totaling $600 USD; Parcel 3- U.S. Currency totaling $4,200 USD;
and Parcel 4- 5,805 gross grams of marijuana vape products.

35.    On October 24, 2024, I was made aware that USPS Salem Main Post Office
employees had forwarded additional parcels intended for delivery to Mary GARDNER at PO
Box 13851 to the USPIS Portland Domicile.  The parcels were delayed to this office due to
USPS employee error at the Salem Main Post Office and tracking errors by automated USPS
parcel handling equipment.  All the parcels were mailed before the execution of the six search
warrants at premises located in Salem, Oregon and Gresham, Oregon associated to the DTO on

September 17, 2024.  On October 25, 2024, I secured **Subject Parcels 1, 2, 3, and 4** at the

USPIS Portland Domicile for further investigation.

36.    Images of **Subject Parcels 1, 2, 3, and 4** are provided below:

37.    **Subject Parcel 1**: Addressed from, "Zach t, 2533 E 5th Ave, Knoxville, TN

37914" and to, "Mary Gardner, P.O. Box 13851, Salem, OR 97309."



38.    **Subject Parcel 2**: Addressed from, "Jose Ruiz, 3045 Finger Rd, Green Bay, WI

54311" and to, "Mary Gardner, PO Box 13851, Salem OR 97309."



39.    **Subject Parcel 3**: Addressed from, "Robby T, 209 Ash St, Maitland MO 64466-7112" and to, "Mary Gardner, PO Box 13851, Salem OR 97309."



40.    **Subject Parcel 4**: Addressed from, "Damien Rivas, 742 N 100 E, Apt# 204, Tooele, Utah, 84074" and to, "Mary Gardner, PO Box 13851, Salem OR 97309-1851."



## <u>CONCLUSION</u>

41.     Based on the foregoing, I have probable cause to believe, and I do believe, that **Subject Parcels 1, 2, 3 and 4** more completely described in Attachment A, contains evidence of contraband, fruits, and/or instrumentalities of violations of the Target Offenses. As set forth above, I have probable cause to believe that such property and items, as described in Attachment B, will be found in the **Subject Parcels 1, 2, 3 and 4** described in Attachment A. I therefore request that the Court issue a warrant authorizing the search of the **Subject Parcels 1, 2, 3 and 4** described in Attachment A for the items listed in Attachment B and the seizure of any such items found.

42.     Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney (AUSA) Christopher Cardani. I was informed that it is AUSA Cardani's opinion that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant.

_/s/ By Phone_
DAVID HARDIN, Postal Inspector
U.S. Postal Inspection Service

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:20 p.m. on October 31, 2024.

_Stacie F. Beckerman_
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge