AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ❏ Original     ❏ Duplicate Original

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Priority Mail Parcels<br>as described in Attachment A | )<br>)<br>)  Case No.  3:24-mc-1133<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Oregon _____
*(identify the person or describe the property to be searched and give its location)*:

U.S. Priority Mail Parcels as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before    11/14/2024    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    U.S. Magistrate Judge Stacie F. Beckerman, via Clerk    .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ❏ for _____ days *(not to exceed 30)*    ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:    10/31/2024 4:22 p.m.                                      *Stacie F. Beckerman*
                                                                                                                  *Judge's signature*

City and state:    Portland, Oregon                                      HON. Stacie F. Beckerman, United States Magistrate Judge
                                                                                                                  *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 24-1133 | Date and time warrant executed: 11/5/24, 10AM | Copy of warrant and inventory left with: USPS Priority Mail Parcels in Attachment A |
| Inventory made in the presence of : GA Glaser | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

The following items were seized from USPS Priority Mail parcel 9505 5154 0263 4261 6551 34:

Items used to conceal the presence of narcotics/proceeds from narcotics inluding: record player and case and U.S. currency (USD) in the following amount: 28 x $100, 1 x $50, 204 x $20, 1 x $10, 9 x $5, 5 x $1, totaling $6,990 USD.

The following items were seized from USPS Priority Mail parcel 9405 5362 0807 0663 0112 46:

Items used to conceal the presence of narcotics/proceeds from narcotics inluding: clothing and U.S. currency (USD) in the following amount: 37 x $100, totaling $3,700 USD.

The following items were seized from USPS Priority Mail parcel 9405 5362 0807 0783 1190 75:

Items used to conceal the presence of narcotics/proceeds from narcotics inluding: packing peanuts, wrapping paper, toy boat and U.S. currency (USD) in the following amount: 5 x $100, 0 x $50, 50 x $20, 0 x $10, 0 x $5, 0 x $1, totaling $1,500 USD.

The following items were seized from USPS Priority Mail parcel 9505 5161 9033 4260 9938 35:

Items used to conceal the presence of narcotics/proceeds from narcotics inluding: DVD case and U.S. currency (USD) in the following amount: 0 x $100, 4 x $50, 25 x $20, 0 x $10, 0 x $5, 0 x $1, totaling $700 USD.

////////////////////////////////////////////////nothing further/////////////////////////////////////////////////////////////////////////////////////////////////////

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     11/5/24

*Executing officer's signature*

David L. Hardin, U.S. Postal Inspector

*Printed name and title*

## Attachment A

### Parcels to be Searched:

The following U.S. Postal Service Priority Mail parcels (**Subject Parcels 1, 2, 3, and 4**), presently in the possession of the U.S. Postal Service Inspection Service (USPIS) Portland Domicile, located at 7007 Cornfoot Rd, Portland, OR 97218:

### DESCRIPTION OF THE SUBJECT PARCELS

### Subject Parcels - 1 of 4



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9505 5154 0263 4261 6551 34 |
| Sender name and address: | Zach t<br>2533 E 5th Ave<br>Knoxville, TN 37914 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem OR 97309 |
| Parcel Type: | USPS Shipping Box |

## Subject Parcels - 2 of 4



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9405 5362 0807 0663 0112 46 |
| Sender name and address: | Jose Ruiz<br>3045 Finger Rd<br>Green Bay, WI 54311 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem, OR 97309 |
| Parcel Type: | Home Depot Shipping Box |

**Subject Parcels - 3 of 4**



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9405 5362 0807 0783 1190 75 |
| Sender name and address: | Robby T<br>209 Ash St<br>Maitland MO 64466-7112 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem, OR 97309 |
| Parcel Type: | USPS Priority Mail Mailing Box |

Attachment A                                                                                                                    Page 3 of 4

Subject Parcels - 4 of 4



| | |
|---|---|
| U.S. Priority Mail parcel number: | 9505 5161 9033 4260 9938 35 |
| Sender name and address: | Damien Rivas<br>742 N 100 E, Apt#204<br>Tooele, Utah 84074 |
| Recipient name and address: | Mary Gardner<br>P.O. Box 13851<br>Salem, OR 97309-1851 |
| Parcel Type: | USPS Priority Mail Small Flat Rate Box |

## ATTACHMENT B

### Items to Be Seized

The items to be searched for, seized, and examined, are those items in the **Subject Parcels 1, 2, 3, and 4** located at 7007 NE Cornfoot Road., Portland, OR 97218, referenced in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of: Unlawful Use of the U.S. Mail with Intent to Distribute Proceeds of Unlawful Activity, in violation of 18 U.S.C. § 1952(a)(1); the Unlawful Use of a Communication Facility (U.S. Mail) to Distribute Controlled Substances, in violation of 21 U.S.C. § 843(b) and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; the Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1), and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; and/or criminal forfeiture related to drug trafficking, as provided in 21 U.S.C. § 853. The items to be seized cover the period of November 1, 2020 through the date of the execution of the search warrant.

1. Controlled substances, including marijuana, methamphetamine, cocaine, heroin, and any other illegal controlled substance listed in DEA Scheduling of Controlled Substances;
2. Currency and proceeds of controlled substance trafficking;
3. Packaging material and contents; and
4. Any items of identification, records, correspondence, accounts, ledgers, pay-and-owe sheets, or other documents associated with the manufacture, distribution, or possession of controlled substances or the possession or distribution of currency and proceeds of controlled substance trafficking, or with the laundering of monetary instruments.

**Attachment B**                                                                                                                            Page 1